U.S. District Court Roanoke VA. 24011

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

MAY 0 2 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

Billy Earls
(Name)

16198-032
(Institution Register No.)

USP Lee P.O. Box 305, Jonesville, VA. 24263
(Current Mailing Address)

7:17-cv-00191

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~Western~~ Virginia

Billy Earls , Plaintiff
(Full and Correct Name)

CASE NO. _____
(To be supplied by the Clerk)

vs.

C/O Christian
C/O Hamilton , Defendants

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

Yes for Jury Demand

A. JURISDICTION

1) Billy Earls , is a resident of _____
   (Plaintiff)                    (State of residency prior to incarceration)

   who presently located at USP Lee P.O. Box 305 Jonesville, VA. 24263
                            (Mailing address or place of confinement.)

2) Defendant C/O Christian is a resident of
             (Name of first defendant)

   Jonesville VA. , and is employed as
   (City, State)

   USP Lee VA. , and may be
   (Position and title, if any)

   located at P.O. Box 900 Jonesville VA 24263 . At the time the claim(s) alleged
              (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☑

   If your answer is "Yes", briefly explain: _____

   _____

XE-2 (F)                CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)                    1

3) Defendant C/O Christian (Name of first defendant) is a resident of Jonesville, VA (City, state), and is employed as C/O USP Lee VA (Position and title, if any), and may be located at P.O. Box 900 Jonesville, VA. 24263 (Address for service of process). At the time the claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☑. If your answer is "Yes", briefly explain: Federal Bop Employee

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction under different or additional statuses, you may list them below.) And Federal Tort Claim Act. + Personal liability

B. NATURE OF THE CASE

1) Briefly state the background of your case:

USP Lee staff imposing upon me Extreme Prison Conditions and significant Hardships Excessive Force. Assault and other 8th Amendment violations

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Excessive Force and Assault

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On 1-07-17 C/O Hamelton deny me my breakfest and later cuff me up and came in my cell and assaulted me hitting me and shoving my face in the floor.

B) (1) Count II: Assault and or Cruel Unusual Punishment.

(2) Supporting Facts: On 1-07-17 C/O Hamelton Escorting me to observation cell deliberately kept stepping on my feet shackels cutting my ancles and causing pain trying to trip me up. on 3-29-17 denied breakfest & lunch.

C) (1) Count III: Cruel unusal Punishment

~~ON 1-08-17 I was give~~

(2) Supporting Facts: oN 1-08-17 I was given Food Tray with Feeces in it. oN 1-26-17 c/o christian place me on the Reck yard in the Snow. Without shoes. on 3-06-17 c/o christian Put me in A Reck cage & let 2 other inmates Assault me.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

   e) Approximate date of filing lawsuit _____

   f) Approximate date of disposition _____

4

XE-2 (F)　　　　　CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

Case 7:17-cv-00191-PMS   Document 1   Filed 05/02/17   Page 4 of 6   Pageid#: 4

E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes [✓] No [ ].

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision _2017 Pending - Denied Relief of impeeded. Denied Appeal Forms Timely_

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _____

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. _Tort claim to no avail._

F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

_$1,000,000.00 cash._

___Billy Earls Pro-se___
Signature of Attorney (if any)

___For Billy Earls___
Signature of Petitioner

___16198-032 USP Lee___

___P.O. Box 305___

___Jonesville, VA. 24263___
(Attorney's full address and telephone number)

XE-2 (F)     CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)     5



(Chief) Michael S. Owl Feather-Gorbey
33405-013
U.S. Penitentiary Lee
P.O. Box 305
Jonesville, VA. 24263

(legal mail)
(open only in presence of
Owl Feather-Gorbey or the
U.S. Dist. Ct. Roanoke VA)

Clerk of Court
United States District Court
210 Franklin Road S.W. Suite 540
Roanoke, VA. 24011